OPINION — AG — ** MEDICAL RECORDS — PRIVACY — JUVENILE SERVICE SYSTEM ** (1) THE J.D. MCCARTY CENTER FOR HANDICAPPED CHILDREN "IS" PART OF THE "JUVENILE SERVICE SYSTEM" WITHIN THE MEANING OF 10 O.S. 601 [10-601] (2) THE OFFICE OF JUVENILE SYSTEM OVERSIGHT IS AUTHORIZED TO EXAMINE A PATIENT'S MEDICAL CHARTS AND RECORDS AT THE J.D. MCCARTY CENTER FOR HANDICAPPED CHILDREN. HOWEVER THE OFFICIALS WHO HAVE ACCESS TO THESE RECORDS ARE REQUIRED TO MAINTAIN THEIR CONFIDENTIALITY. (CONFIDENTIAL RECORDS, FEDERAL PRIVACY ACT, CEREBRAL PALSY COMMISSION, MEDICAL PATIENT RECORDS, DISCLOSURE, RELEASE) CITE: 5 U.S.C.A. 552A,5 U.S.C.A. 552A(A), 63 O.S. 485.1 [63-485.1], 59 O.S. 503 [59-503], 59 O.S. 509 [59-509], 10 O.S. 406 [10-406], 10 O.S. 601 [10-601], 10 O.S. 601.3 [10-601.3], 10 O.S. 601.6 [10-601.6], 10 O.S. 601.6 [10-601.6] [10-601.6](A) (KAY HARLEY JACOBS)